STEPHEN P. BERZON (SBN 46540)
CONNIE K. CHAN (SBN 284230)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: sberzon@altshulerberzon.com
Email: cchan@altshulerberzon.com

RICHARD EDELMAN (*pro hac vice application forthcoming*)
O'DONNELL, SCHWARTZ & ANDERSON, P.C.
1300 L Street, N.W.
Suite 1200
Washington, DC 20005
Telephone: (202) 898-1707
Facsimile: (202) 682-9276
Email: redelman@odsalaw.com

Attorneys for Defendant Transport Workers Union of America, AFL/CIO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LETBETTER, et al.<br><br>Plaintiffs,<br><br>v.<br><br>LOCAL 514, TRANSPORT WORKERS UNION OF AMERICA, AFL/CIO,<br><br>Defendant. | Case No. 3:14-cv-04075-VC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE Civ. L.R. 6-2**<br><br>Date: n/a<br>Time: n/a<br>Ctrm.: 4<br>Judge: Hon. Vince Chhabria |

Plaintiffs Mark Letbetter et al. (collectively "Plaintiffs"), Defendant Transport Workers Union of America ("TWU"), and Defendant Local 514, Transport Workers Union of America ("Local 514"), herein referred to collectively as the "Parties," hereby stipulate, by and through their respective attorneys of record, as follows:

WHEREAS, on September 17, 2014, the Court issued an order relating the above-captioned matter to *Demetris, et al. v. Transport Workers Union of America, AFL/CIO*, Case No. 3:13-cv-05566-VC (N.D. Cal.) (the "*Demetris* Action") and set an initial case management conference for September 30, 2014 at 10:00 a.m. to coincide with a case management conference in *Demetris* rescheduled for the same date and time;

WHEREAS, Stephen Berzon, lead counsel for Defendant TWU, is traveling for prior work commitments on September 30, 2014 and therefore is not available to attend the case management conferences currently set for that day;

WHEREAS, due to various scheduling conflicts among counsel for TWU, counsel for *Demetris* Plaintiffs, counsel for *Letbetter* Plaintiffs, and counsel for defendant Local 514 in this action, the next Tuesday on which all counsel are available is November 4, 2014; and

WHEREAS, no other deadlines have yet been set in either the above-captioned matter or in *Demetris*, and therefore rescheduling the September 30, 2014 case management conference in both cases will not affect any other case scheduling deadlines;

Hence, pursuant to Civil Local Rule 6-2, the Parties stipulate that the case management conferences currently set for September 30, 2014 in the above-captioned matter and in the related *Demetris* Action shall be rescheduled for November 4, 2014 at 10:00 a.m., provided that date is convenient for the Court.

Dated: September 23, 2014

STEPHEN P. BERZON (SBN 46540)
CONNIE K. CHAN (SBN 284230)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: sberzon@altshulerberzon.com
Email: cchan@altshulerberzon.com

RICHARD EDELMAN (*pro hac vice application forthcoming)*
O'DONNELL, SCHWARTZ & ANDERSON, P.C.
1300 L Street, N.W.
Suite 1200
Washington, DC 20005
Telephone: (202) 898-1707
Facsimile: (202) 682-9276
Email: redelman@odsalaw.com

by: */s/ Connie K. Chan*_________
Connie K. Chan

Attorneys for Defendant TWU

Dated: September 23, 2014

TEAGUE P. PATERSON (SBN 226659)
BEESON, TAYER & BODINE, APC
483 Ninth Street, 2nd Floor
Oakland, CA 94607-4051
Telephone: (510) 625-9700
Facsimile: (510) 625-8275
Email: tpaterson@beesontayer.com

by: __*/s/ Teague Paterson* __________
Teague P. Paterson

Attorneys for Defendant Local 514

Dated: September 23, 2014

R. STRATTON TAYLOR
CLINT RUSSELL
AMY L. EVANS
TAYLOR, BURRAGE, FOSTER, MALLETT, DOWNS, RAMSEY & RUSSELL
400 West 4th Street
P.O. Box 309
Claremore, OK 74018
Telephone: 918-343-4100
Facsimile: 918-343-4900
Email: carabb@soonerlaw.com
Email: crussell@soonerlaw.com
Email: aevans@soonerlaw.com

MICHAEL D. MYERS
McCLANAHAN MYERS ESPEY LLP
6750 West Loop So., Suite 920
Bellaire, TX 77401
Telephone: 713-223-2005

Facsimile: 713-223-3664
Email: mike@mmellp.com

by: __*/s/ Stratton Taylor*_________________
Stratton Taylor

Attorneys for Plaintiffs

**DECLARATION OF CONNIE K. CHAN IN SUPPORT OF STIPULATION**

I, Connie K. Chan, declare as follows:

1. I am a member in good standing of the bar of the State of California and am counsel for Defendant TWU in the above-captioned case. I am also counsel for Defendant TWU in the related case *Demetris, et al. v. Transport Workers Union of America, AFL/CIO*, Case No. 3:13-cv-05566-VC (N.D. Cal.) (the "*Demetris* Action"). I make this declaration in support of the Parties' stipulated request to move the case management conference currently set for September 30, 2014. The facts set forth in this declaration I know to be true of my own personal knowledge, except where such facts are stated to be based on information and belief, and those facts I believe to be true.

2. On September 17, 2014, the Court issued an order relating this action to the *Demetris* Action, and set an initial case management conference in this matter for September 30, 2014, at 10:00 a.m. That same day, the Court reset the case management conference in the *Demetris* Action originally scheduled for September 18, 2014 at 2:00 p.m. to September 30, 2014, at 10:00 a.m.

3. Due to previously scheduled work commitments, Stephen Berzon, lead counsel for TWU in both this action and the related *Demetris* Action, will be traveling on September 30, 2014 and therefore is not able to attend the case management conferences currently scheduled for that day.

4. I informed counsel for *Demetris* plaintiffs, counsel for *Letbetter* plaintiffs, and counsel for defendant Local 514 in the *Letbetter* Action of Mr. Berzon's scheduling conflict and requested that they stipulate to continue the case management conferences to a mutually agreeable date.

5. Upon information and belief, due to counsel's various scheduling conflicts, the next Tuesday on which all counsel are available is November 4, 2014.

6. No other deadlines have yet been set in either matter, and therefore rescheduling the September 30, 2014 case management conference in both cases will not affect any other case scheduling deadlines.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed at San Francisco, California on September 23, 2014.

*/s/ Connie K. Chan*______________
Connie K. Chan

**~~[PROPOSED]~~ ORDER**

Pursuant to the Parties' stipulation and for good cause shown, the Case Management Conference currently set for September 30, 2014 at 10:00 a.m. is hereby rescheduled to November 4, 2014 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: September 24, 2014

