1  STEPHEN P. BERZON (SBN 46540)
   CONNIE K. CHAN (SBN 284230)
2  ALTSHULER BERZON LLP
   177 Post Street, Suite 300
3  San Francisco, CA  94108
   Telephone:  (415) 421-7151
4  Facsimile:   (415) 362-8064
   Email: sberzon@altshulerberzon.com
5  Email: cchan@altshulerberzon.com

6  RICHARD EDELMAN (*pro hac vice*
   *application forthcoming*)
7  O'DONNELL, SCHWARTZ &
   ANDERSON, P.C.
8  1300 L Street, N.W.
   Suite 1200
9  Washington, DC 20005
   Telephone:  (202) 898-1707
10 Facsimile:  (202) 682-9276
   Email:  redelman@odsalaw.com

11
   Attorneys for Defendant Transport Workers
12 Union of America, AFL/CIO

13                UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15 MARK LETBETTER, et al.          )  Case No. 3:14-cv-04075-VC
                                   )
16        Plaintiffs,              )  **STIPULATION AND [PROPOSED]**
                                   )  **ORDER STAYING CASE**
17     v.                          )  **Civ. L.R. 6-2**
                                   )
18                                 )
   LOCAL 514, TRANSPORT WORKERS    )  Date:   n/a
19 UNION OF AMERICA, AFL/CIO,      )  Time:   n/a
                                   )  Ctrm.:  4
20        Defendant.               )  Judge: Hon. Vince Chhabria
                                   )
21                                 )
                                   )
22                                 )
                                   )
23                                 )
                                   )
24                                 )
                                   )
25 _____ )

26

27

28

                              STIPULATION AND [PROPOSED] ORDER STAYING CASE
                                              Case No. 3:14-cv-04075-VC

1    Plaintiffs Mark Letbetter et al. (collectively "Plaintiffs"), Defendant Transport Workers

2    Union of America ("TWU"), and Defendant Local 514, Transport Workers Union of America

3    ("Local 514"), herein referred to collectively as the "Parties," hereby stipulate, by and through

4    their respective attorneys of record, as follows:

5        WHEREAS, Plaintiffs filed an original complaint on February 5, 2014 in the District

6    Court of Rogers County, State of Oklahoma;

7        WHEREAS, Plaintiffs filed a First Amended Complaint ("FAC") in the District Court of

8    Rogers County, State of Oklahoma, on February 18, 2014, which was served on TWU on

9    February 27, 2014, and was served on Local 514 on February 26, 2014;

10       WHEREAS, on March 17, 2014, TWU removed the action to the Northern District of

11   Oklahoma, where it was docketed as *Letbetter v. Local 514, Transport Workers Union of*

12   *America*, No. 4:14-cv-00125-TCK-FHM, and Local 514 consented to that removal;

13       WHEREAS, on March 21, 2014, TWU moved pursuant to the first-to-file rule to transfer

14   the action to this District, based on its similarity to the earlier-filed action *Demetris et al. v.*

15   *Transport Workers Union of America*, Case No. 3:13-cv-05566-VC (N.D. Cal.) (the "*Demetris*

16   Action");

17       WHEREAS, also on March 21, 2014, TWU filed an unopposed motion for extension of

18   time to answer or otherwise respond to Plaintiffs' FAC until seven days after the Northern

19   District of Oklahoma ruled on TWU's then-pending motion to transfer;

20       WHEREAS, the Northern District of Oklahoma granted TWU's unopposed motion for

21   extension of time to answer on March 24, 2014, extending the time for TWU to respond until

22   seven days after a ruling on TWU's motion to transfer;

23       WHEREAS, on May 20, 2014, Local 514 moved for an extension of time to answer or

24   otherwise respond to Plaintiffs' FAC until twenty days after the Northern District of Oklahoma

25   ruled on TWU's then-pending motion to transfer;

26       WHEREAS, the Northern District of Oklahoma granted in part Local 514's unopposed

27   motion for extension of time to answer on May 29, 2014, extending the time for Local 514 to

28   respond until seven days after a ruling on TWU's motion to transfer and on plaintiffs' separation

1

STIPULATION AND [PROPOSED] ORDER STAYING CASE
Case No. 3:14-cv-04075-VC

1   motion to remand;

2       WHEREAS, on September 5, 2014, United States District Judge Terence Kern (N.D.

3   Okla.) issued an order granting TWU's motion to transfer, and also denying Plaintiffs' separate

4   motion to remand;

5       WHEREAS, pursuant to Judge Kern's order, this action was transferred to this District on

6   September 8, 2014, and was assigned to Magistrate Judge Corley;

7       WHEREAS, on September 12, 2014, the Parties filed a joint stipulation that Defendants

8   TWU's and Local 514's time to respond to Plaintiffs' FAC be extended to 14 days after the

9   Court issued an order on TWU's then-pending motion for summary judgment for failure to

10  exhaust internal union remedies, or alternatively to dismiss plaintiffs' first amended complaint

11  for failure to state a claim in the *Demetris* Action, based on the similarity of issues in the two

12  cases (Dkt. 44);

13      WHEREAS, Magistrate Judge Corley adopted the Parties' stipulation in an order dated

14  September 15, 2014 (Dkt. 45);

15      WHEREAS, on September 17, 2014, the Court issued an order relating the above-

16  captioned matter to the *Demetris* Action and set an initial case management conference for

17  September 30, 2014 at 10:00 a.m. to coincide with a case management conference in *Demetris*

18  rescheduled for the same date and time (Dkt. 48);

19      WHEREAS, on September 23, 2014, the Parties filed a stipulated request to continue the

20  initial case management conference from September 30 to November 4, 2014, at 10:00 a.m., due

21  to counsel's various scheduling conflicts (Dkt. 49);

22      WHEREAS, on September 24, 2014, the Court granted the Parties' stipulated request,

23  and continued the case management conference both in this case and in the *Demetris* Action to

24  November 4, 2014, at 10:00 a.m. (Dkt. 50);

25      WHEREAS, on September 30, 2014, the Court issued in the *Demetris* Action an Order

26  Denying Motion for Summary Judgment for Failure to Exhaust Internal Union Remedies;

27  Granting Motion to Dismiss With Leave to Amend, which dismissed the *Demetris* plaintiffs'

28  First Amended Complaint and granted them 21 days from the date of that Order to file, if they so

1  elected, a second amended complaint;

2  WHEREAS, in the event *Demetris* plaintiffs file a second amended complaint, TWU

3  anticipates that it will file another motion to dismiss;

4  WHEREAS, pursuant to the Parties' stipulation, Defendant TWU's and Defendant Local

5  514's response to the First Amended Complaint in this action is currently due October 14, 2014;

6  WHEREAS, the Parties agree that the outcome of any motion to dismiss a second

7  amended complaint in *Demetris* will significantly inform proceedings in the instant, related

8  action; and

9  WHEREAS, the Parties agree that the interests of judicial economy and efficiency will

10  therefore be best served by staying this case pending resolution of any motion to dismiss a

11  second amended complaint, if any, in the *Demetris* Action;

12  Hence, pursuant to Civil Local Rule 6-2, the Parties HEREBY STIPULATE as follows:

13  The initial case management conference currently set for November 4, 2014 at 10:00 a.m.

14  shall be taken off calendar;

15  This case shall be stayed pending resolution of the motion to dismiss the second amended

16  complaint in the *Demetris* Action; and

17  Upon the Court's ruling on such motion in the *Demetris* Action, the Parties will further

18  meet and confer regarding a proposed schedule for Plaintiffs to file a second amended complaint

19  in this action and for Defendants to respond to said amended complaint, if necessary.

20  Dated: October 10, 2014

STEPHEN P. BERZON (SBN 46540)
CONNIE K. CHAN (SBN 284230)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:   (415) 362-8064
Email: sberzon@altshulerberzon.com
Email: cchan@altshulerberzon.com

RICHARD EDELMAN (*pro hac vice application forthcoming*)
O'DONNELL, SCHWARTZ & ANDERSON, P.C.
1300 L Street, N.W.
Suite 1200
Washington, DC 20005
Telephone:  (202) 898-1707

3

STIPULATION AND [PROPOSED] ORDER STAYING CASE
Case No. 3:14-cv-04075-VC

1   Facsimile:  (202) 682-9276
    Email:  redelman@odsalaw.com

2
    by: /s/ Connie K. Chan
3              Connie K. Chan

4   Attorneys for Defendant TWU

5
    Dated: October 10, 2014        TEAGUE P. PATERSON (SBN 226659)
6                                  BEESON, TAYER & BODINE, APC
                                   483 Ninth Street, 2nd Floor
7                                  Oakland, CA  94607-4051
                                   Telephone: (510) 625-9700
8                                  Facsimile: (510) 625-8275
                                   Email: tpaterson@beesontayer.com
9
                                   by:  /s/ Teague P. Paterson
10                                        Teague P. Paterson

11                                 Attorneys for Defendant Local 514

12

13  Dated: October 10, 2014        R. STRATTON TAYLOR
                                   CLINT RUSSELL
14                                 AMY L. EVANS
                                   TAYLOR, BURRAGE, FOSTER, MALLETT,
15                                 DOWNS, RAMSEY & RUSSELL
                                   400 West 4th Street
16                                 P.O. Box 309
                                   Claremore, OK  74018
17                                 Telephone: 918-343-4100
                                   Facsimile: 918-343-4900
18                                 Email:  carabb@soonerlaw.com
                                   Email:  crussell@soonerlaw.com
19                                 Email:  aevans@soonerlaw.com
20
                                   MICHAEL D. MYERS
21                                 McCLANAHAN MYERS ESPEY LLP
                                   6750 West Loop So., Suite 920
22                                 Bellaire, TX  77401
                                   Telephone:  713-223-2005
23                                 Facsimile:  713-223-3664
                                   Email:  mike@mmellp.com
24
25                                 by:  /s/ Stratton Taylor
                                        Stratton Taylor
26
27                                 Attorneys for Plaintiffs
28
                                          4
                          STIPULATION AND [PROPOSED] ORDER STAYING CASE
                                          Case No. 3:14-cv-04075-VC

1

# [PROPOSED] ORDER

2      Pursuant to the Parties' stipulation and for good cause shown, the Court hereby ORDERS

3   as follows:

4      The initial case management conference currently set for November 4, 2014 at 10:00 a.m.

5   is taken off calendar;

6      This case shall be stayed pending resolution of the motion to dismiss the second amended

7   complaint in the related case *Demetris et al. v. Transport Workers Union of America*, Case No.

8   3:13-cv-05566-VC (the "*Demetris* Action"); and

9      Upon the Court's ruling on such motion in the *Demetris* Action, the Parties will further

10  meet and confer regarding a proposed schedule for Plaintiffs to file a second amended complaint

11  in this action and for Defendants to respond to said amended complaint, if necessary.

12  **IT IS SO ORDERED.**

13  Dated: October 14, 2014

14                                          _____
                                            The Honorable Vince Chhabria
15                                          United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER STAYING CASE
Case No. 3:14-cv-04075-VC