TEAGUE P. PATERSON (SBN 226659)
**BEESON, TAYER & BODINE, APC**
483 Ninth Street, 2nd Floor
Oakland, CA  94607-4051
Telephone: (510) 625-9700
Facsimile: (510) 625-8275
Email: tpaterson@beesontayer.com

JOEL L. WOHLGEMUTH (*pro hac vice*)
CAROLINE B. LAPISH (*pro hac vice*)
**NORMAN WOHLGEMUTH CHANDLER & JETER**
401 South Boston Avenue
2900 Mid-Continent Tower
Tulsa, OK  74103-4023
Telephone:  (918) 583-7571
Facsimile:  (918) 584-7847
Email:  JLW@nwcjlaw.com
            CBL@nwcjlaw.com

**Attorneys for Defendant**
**Transport Workers Union of America Local 514**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LETBETTER, et al.<br><br>Plaintiffs,<br><br>v.<br><br>LOCAL 514, TRANSPORT WORKERS UNION OF AMERICA, AFL/CIO,<br><br>Defendant. | Case No. 3:14-cv-04075-VC<br><br>**APPLICATION OF CAROLINE B. LAPISH, ESQ. FOR ADMISSION *PRO HAC VICE***<br><br>**[Civ. L.R. 11-3]**<br><br>Judge:  Hon. Vince Chhabria<br><br>Complaint Filed: February 18, 2014<br>Trial Date: Not set |

1     Pursuant to Civil Local Rule 11-3, I, Caroline B. Lapish, Esq., hereby request admission to the bar of this Court *Pro Hac Vice* as counsel for Defendant Local 514 in support of which I represent that the following statements are complete, true and correct:

    (1)    That I am an active member in good standing of the Supreme Court of Oklahoma practicing under OBA# 31784.

    (2)    That I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court; and

    (3)    That Teague P. Paterson, Esq. of Beeson, Tayer & Bodine, APC, 483 Ninth Street, 2nd Floor Oakland, CA 94607-4051, who is a member of the bar of this Court in good standing practicing under SBN 226659 is designated co-counsel.

Respectfully submitted:

/s/ Caroline B. Lapish
CAROLINE B. LAPISH, OBA # 31784
NORMAN WOHLGEMUTH
CHANDLER & JETER
401 South Boston Avenue
2900 Mid-Continent Tower
Tulsa, OK 74103-4023
(918) 583-7571
(918) 584-7847 (Facsimile)
cbl@nwcjlaw.com

Date: October 14, 2014

**GRANTED**
Judge Vince Chhabria
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# OKLAHOMA BAR ASSOCIATION
Office of the General Counsel

### CERTIFICATE

STATE OF OKLAHOMA   )
                                          )
COUNTY OF OKLAHOMA )

Gina Hendryx, being duly sworn, deposes and says:

That she is the General Counsel of the Oklahoma Bar Association, under the Rules Creating and Controlling the Oklahoma Bar Association as adopted and promulgated by the Supreme Court of the State of Oklahoma, and as such has access to the records and files showing the date of admission and the standing of all attorneys admitted to practice by the Supreme Court.

That CAROLINE BOUSCAREN LAPISH, OBA #31784, was admitted to the practice of law by the Supreme Court of Oklahoma on November 25, 2013, and is an active member in good standing of the Oklahoma Bar Association.

*General Counsel*

The foregoing was subscribed and sworn to before me under penalty of perjury pursuant to the laws of the State of Oklahoma on the 6th day of October, 2014, by Gina Hendryx.

*NOTARY PUBLIC*

My Commission Expires:
January 8, 2015
Commission Number:
07000304



1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036

office  405.416.7007
fax  405.416.7003
toll free  800.522.8065

www.okbar.org