UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK LETBETTER, et al.,

    Plaintiffs,

v.

LOCAL 514, TRANSPORT WORKERS UNION OF AMERICA, et al.,

    Defendants.

Case No. 14-cv-04075-VC

**ORDER**

    The parties are directed to advise the Court within seven days of the date of this order whether judgment should be entered against the plaintiffs in light of the Court's ruling in *Demetris v. Transport Workers Union of America*, 13-cv-5566-VC.

**IT IS SO ORDERED**.

Dated: February 4, 2015

_____
VINCE CHHABRIA
United States District Judge