UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LETBETTER, et al.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOCAL 514, TRANSPORT WORKERS UNION OF AMERICA, et al.,<br><br>　　　　Defendant. | 14-cv-04075-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: February 20, 2015

_____

VINCE CHHABRIA
United States District Judge