Michael A. Caddell (State Bar No. 249469)
mac@caddellchapman.com
Cynthia B. Chapman (State Bar No. 164471)
cbc@caddellchapman.com
Amy E. Tabor (State Bar No. 297660)
aet@caddellchapman.com
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston TX 77010-3027
Telephone: (713) 751-0400
Facsimile: (713) 751-0906

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISO DIVISION

| | |
|---|---|
| MARK LETBETTER, et al., *Plaintiffs*, v. TRANSPORT WORKERS UNION OF AMERICA, AFL/CIO, *Defendant*. | CASE NO. 3:14-CV-04075-VC **NOTICE OF APPEAL** Date: n/a Time: n/a Crtrm: 4 Judge: Hon. Vince Chhabria |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Mark Letbetter, et al. hereby appeal to the United States Court of Appeals for the Ninth Circuit from the dismissal order and judgment, Docket Nos. 62 and 63, entered in this action on 20th day of February, 2015.

CASE NO. 3:14-CV-04075-VC
NOTICE OF APPEAL

Respectfully submitted,

Dated: March 19, 2015     By:     */s/ Michael A. Caddell*
                                   Michael A. Caddell (State Bar No. 249469)
                                   mac@caddellchapman.com
                                   Cynthia B. Chapman (State Bar No. 164471)
                                   cbc@caddellchapman.com
                                   Amy E. Tabor (State Bar No. 297660)
                                   aet@caddellchapman.com
                                   CADDELL & CHAPMAN
                                   1331 Lamar, Suite 1070
                                   Houston TX 77010-3027
                                   Telephone: (713) 751-0400
                                   Facsimile: (713) 751-0906

                                   *Attorneys for Plaintiffs*

OF COUNSEL:

R. Stratton Taylor
staylor@soonerlaw.com
TAYLOR, BURRAGE, FOSTER, MALLETT, DOWNS RAMSEY & RUSSELL
400 West 4th Street
P.O. Box 309
Claremore OK 74018
Telephone: 918-343-4100
Facsimile: 918-343-4900